UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 24-235 |
| JOHN DARIUS POWELL | * | SECTION: "E" |

**DEFENDANT'S UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL AND PRETRIAL CONFERENCE**

**NOW INTO COURT,** comes defendant, John Darius Powell, who respectfully moves this Honorable Court for a 90-day continuance of the trial in this matter, which is presently set for August 25, 2025, and the pretrial conference currently set for August 6, 2025. This request is made for the following reasons:

1.

Title 18, United States Code, Section 3161(h)(7)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence.

2.

Undersigned counsel submits that additional time is necessary to allow a competency evaluation and potential "restoration" of Mr. Powell. He is scheduled for an evaluation but has not been transported to the appropriate facility for evaluation and

treatment, if needed. Defendant respectfully requests that the trial and pretrial conference be continued.

3.

Title 18, United States Code, Sections 3161(c)(1) and (2) require that a trial commence not less than thirty nor more than seventy days from the defendant's appearance in court on the formal charges. Defendant John Darius Powell was arraigned on the indictment on November 4, 2024. Trial in this matter was previously continued thereby tolling any speedy trial concerns.

4.

The defendant agrees that the ends of justice served by a continuance outweighs the best interests of the public and his right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

5.

The government, through Assistant United States Attorney, Paul Hubbell, IV, has been contacted and has no objection to this motion.

**WHEREFORE**, for the reasons stated herein, defendant John Darius Powell respectfully requests that the trial in the above captioned matter be continued for at least 90 days.

Respectfully submitted, this 30th day of July, 2025.

CLAUDE J. KELLY
Federal Public Defender

/s/Anna L. Friedberg
ANNA L. FRIEDBERG
Assistant Federal Public Defender
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7961
LA Bar # 25055
anna_friedberg@fd.org

**CERTIFICATE OF SERVICE**

        I hereby certify that on July 30, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Paul Hubbell, IV. Assistant United States Attorney, 650 Poydras Street, 16th Floor, New Orleans, Louisiana 70130. I further certify that emailed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants: n/a.

        /s/Anna L. Friedberg
        ANNA L. FRIEDBERG
        Assistant Federal Public Defender