# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-235 |
| JOHN DARIUS POWELL | SECTION: "E" |

## ORDER

**IT IS ORDERED** that a telephone conference is hereby **SET** in this matter for **Tuesday, August 26, 2025, at 12:00 p.m.** The Court has provided all counsel with the instructions necessary to participate in this conference.

New Orleans, Louisiana, this 13th day of August, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**